BANGOR, MAINE
RECEIVED AND FILED
2010 JUN 21 A 11:18
BY _____ DEPUTY CLERK

United States District Court
District of Maine

| | |
|---|---|
| Name <br> Plaintiff(s) <br> Kenneth Lyons <br> v. <br> Name <br> Defendent(s) <br> State of Maine <br> ⓐ Acadia <br> ⓑ CHHS | Civil Action no: <br> unknown <br><br> 1:10-cv-250-JAW |

## Complaint

① My dissability Rights were violated The Rights of Recipiants of mental health services

② The right to Refuse medical
I was excepted to Dortha
Dix Hospital
The crissis worker said
I had to go to Acadia
to get to DDPC

I was alreadly except to DDPC and they had a bed avalable there.

(3) The Disability Rights center Paitient Advocate esq (Katherine Griseen) came to me saying "my Rights were violated." She / Katherine Griffen wrote the complaint.

(4) Tom Ward (CHHS) State Investigator,
  found in my favor that my Rights were violated

(5) Tom Wards boss (Ron Weltch) A copy was sent to him. He is the Director of Adult Mental health Services In Augusta.

(6) There was a meeting held with
- (A) Tom Ward
- (B) Katherine Griffen esq
- (C) Scot Kllecollins

Tom Ward did not want to talk about the Mainecare medicard part of this. (I do not know why)

Tom Said-
"If I had $1,000 dollers I wouldn't gone 52 $ te you"

then Said,
"Maybe Scot wold buy you a big Screen TV." (Scot Kllcollins)

They both laughed.

This offended me.

The States Contract with Acadia (2006), they plan to Change this because of my violation?

The state agreed my Right were violated, and it Worse/Higher then there Contract!

Katheron Groffen said along with my Right being violated the Regulations were Violated

Contract: Gatekeeper; / Consent decree?

the said/The state: Tom Ward other cases like mine have occured Katherine said "my case opens a bigger can of worms"

Tom Ward Investigator
CAHS August
   Said "I would have to take this to court to get an cash/money settlement."
   But also; found my Rights were violated -
   he talked about another case in the 80's I like mine the the sued.

   I am waiting for the copy of investigation and Apology letter from Acadia I'll get you a copy of the Investigation & Apology

   I hope you agree with the state & complaint that my rights were violated these findings
   Ⓐ Katherine Greeen / 3 ten les
   Ⓑ Tom ward / di jurson
   Ⓒ Scot Kncothrn / my R 1943
                        were violated

Tom Ward said "its a open shut case if on the writings of my records."

I hope you find that my Rights were violated along with the state CHHS Records and;

Tom Ward (CHHS Investigator)
Katherine between (Past front Adv)
Scot Kincdiams (CHHS)
Ron Welch Dir for assista)

*Their Addresses are included.*

Cash Settlement due to Court Stress & the case load I would preffer out of Court Settlement, due to takeing it to court. 25,000 ~~~~ Settlement. I do not feel / or am not happy with Informal Settlement. A pon a complaint I have the Right to file a lawsuite.

Dissability Right Center. ( A copy of her complaint is included.)

Kenneth Lyons