UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| KENNETH LYONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 10-250-B-W |
| | ) | |
| MAINE, STATE OF, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed August 24, 2010, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that Acadia Hospital's Motion to Dismiss (Docket # 10) be and hereby is GRANTED and the Complaint as to both Acadia and the State of Maine and its agency is DISMISSED.

SO ORDERED.

                                                      /s/ John A. Woodcock, Jr.
                                                      JOHN A. WOODCOCK, JR.
                                                      CHIEF UNITED STATES DISTRICT JUDGE

Dated this 14th day of September, 2010