UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KENNETH LYONS,<br>Plaintiff,<br><br>v.<br><br>STATE OF MAINE, ACADIA and<br>CHHS,<br>Defendants, | )<br>)<br>)<br>) Civil No. 1:10-CV-250-JAW<br>)<br>)<br>)<br>) |

## JUDGMENT OF DISMISSAL

Pursuant to the Order Affirming the Recommended Decision of the Magistrate Judge dated September 14, 2010, the plaintiff's complaint is dismissed .   JUDGMENT of dismissal is hereby entered.

LINDA L. JACOBSON
CLERK

By:   /s/ Elizabeth Richardson
Deputy Clerk

Dated: September 14, 2010